# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| LOWE'S COMPANIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **Case No. 5:10-CV-00012** |
| v. ) | |
| ) | |
| U.S. ETHERNET INNOVATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Lowe's Companies, Inc., by and through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action against Defendant U.S. Ethernet Innovations, LLC, without prejudice.

This 1st day of June, 2010.

              s/ Scott M. Tyler
              Scott M. Tyler, N.C. State Bar No. 23300
              Anup M. Shah, N.C. State Bar No. 37042

              ATTORNEYS FOR PLAINTIFF
              MOORE & VAN ALLEN PLLC
              Bank of America Corporate Center
              100 North Tryon Street, Suite 4700
              Charlotte, North Carolina 28202
              Telephone: (704) 331-1000
              Facsimile: (704) 331-1159
              E-mail: scotttyler@mvalaw.com
                   anupshah@mvalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2010, I caused the foregoing **NOTICE OF DISMISSAL WITHOUT PREJUDICE** to be filed electronically with the Clerk of Court through ECF and served on all parties through ECF, and by first class mail, postage prepaid, as follows:

>Marc Edward Gustafson
>Essex Richards, P.A.
>1701 South Boulevard
>Charlotte, NC 28203-4727
>Telephone: 704-337-4300
>Email: mgustafson@essexrichards.com

/s/ Scott M. Tyler